AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 4-10-70509 MAG |
| | ) | | |
| CYNTHIA GILL WALKER | ) | Charging District: | 10-00161-01-06-CR-10-NRL |
| | ) | | |
| *Defendant* | ) | Charging District's Case No. | West. Dist. of Missouri |

*FILED JUN 18 2010 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Western District of Missouri<br>400 East 9th Street<br>Kansas City, Missouri 64106 | Courtroom No.: | Magistrate Duty Judge |
|---|---|---|---|
| | | Date and Time: | July 19, 2010 at 9:00 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Jun 18, 2010

*Judge's signature*

DONNA M. RYU, U.S. MAGISTRATE JUDGE
*Printed name and title*