1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   TREVOR RUSIN  (CABN 241940)
    Special Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, CA 94612
      Telephone: (510) 637-3695
7     Fax: (510) 637-3724
      E-Mail: trevor.rusin@usdoj.gov
8

9   Attorneys for the United States of America

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )      No. 4-10-70509 MAG
                                     )
14                                   )
                                     )
15       v.                          )      [PROPOSED] ORDER EXCLUDING
                                     )      TIME FROM JUNE 15, 2010, TO JUNE 18,
16  CYNTHIA GAIL WALKER,             )      2010, FROM SPEEDY TRIAL ACT
                                     )      CALCULATION (18 U.S.C. §
17                                   )      3161(h)(7)(A) and (B))
                                     )
         Defendant.                  )
18                                   )
    _____)
19

20          For the reasons stated in open court and to which the parties stipulated on June 15,

21  2010, the Court ordered time excluded under the Speedy Trial Act from June 15, 2010, to June

22  18, 2010, for continuity of counsel and to allow defense counsel to investigate the matter and

23  additional legal issues.  The Court found that (A) failure to grant the continuance would

24  unreasonably deny the defendant the reasonable time necessary for effective preparation, taking

25  into account the exercise of due diligence, and (B) the ends of justice served by the continuance

26  //

27  //

28  //

[*United States* v. *Cynthia Gail Walker*, 4-10-70509 MAG]
[Order Excluding Time]

1  outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §

2  3161(h)(1)(7)(A) & (B)(iv).

3

4        IT IS SO ORDERED.

5

6  DATED:_ June 24, 2010 ___

   HON. DONNA M. RYU
7  United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[*United States* v. *Cynthia Gail Walker*, 4-10-70509 MAG]
[Order Excluding Time]