1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
   TREVOR RUSIN  (CABN 241940)
5  Special Assistant United States Attorney

6    1301 Clay Street, Suite 340S
     Oakland, CA 94612
7    Telephone: (510) 637-3695
     Fax: (510) 637-3724
8    E-Mail: trevor.rusin@usdoj.gov

9  Attorneys for the United States of America

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13 UNITED STATES OF AMERICA,          )   No. 4-10-70509 MAG
                                      )
14                                    )
                                      )
15      v.                            )   [PROPOSED] ORDER EXCLUDING
                                      )   TIME FROM JUNE 18, 2010, TO JULY 19,
16 CYNTHIA GAIL WALKER,               )   2010, FROM SPEEDY TRIAL ACT
                                      )   CALCULATION (18 U.S.C. §
17                                    )   3161(h)(7)(A) and (B))
        Defendant.                    )
18                                    )
                                      )
19 _____)

20          For the reasons stated in open court and to which the parties stipulated on June 18,

21 2010, the Court ordered time excluded under the Speedy Trial Act from June 18, 2010, to July

22 19, 2010, for continuity of counsel and to allow defense counsel to investigate the matter and

23 additional legal issues.  The Court found that (A) failure to grant the continuance would

24 unreasonably deny the defendant the reasonable time necessary for effective preparation, taking

25 into account the exercise of due diligence, and (B) the ends of justice served by the continuance

26 //

27 //

28 //

[*United States* v. *Cynthia Gail Walker*, 4-10-70509 MAG]
[Order Excluding Time]

1   outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §

2   3161(h)(1)(7)(A) & (B)(iv).

3

4        IT IS SO ORDERED.

5

6   DATED: _____June 24, 2010_____

                                         _____
7                                        HON. DONNA M. RYU
                                         United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[*United States* v. *Cynthia Gail Walker*, 4-10-70509 MAG]
[Order Excluding Time]